# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JARRETT JACKSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 04-1101-CV-W-FJG |
| ) | Crim. No. 02-0347-01-CR-W-FJG |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Currently pending before the Court is movant's Motion to Proceed in Forma Pauperis On Appeal (Doc. # 13). On November 7, 2005, the Court denied petitioner's Motion for a Certificate of Appealability (Doc. # 14). Federal Rule of Appellate Procedure 24(a)(3) states in part:

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court - before or after the notice of appeal is filed - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) the statute provides otherwise.

As the Court has previously determined that petitioner's appeal was not taken in good faith, the Court hereby **DENIES** petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. # 13).

Petitioner has also filed a Motion to Obtain Copies of an Order and a Copy of Docket Entries (Doc. # 16). Petitioner requests a copy of the Court's Order of May 17,

2005 which denied his Motion to Vacate, Set Aside or Correct His Sentence (Doc. # 8) as well as a copy of all the docket entries from May 17, 2005 through September 20, 2005. Petitioner states that he apparently never received a copy of the May 17, 2005 Order. Accordingly, the Clerk of the Court is hereby directed to send to petitioner a copy of the May 17, 2005 Order as well as a copy of the Docket Sheet. Petitioner's Motion to Obtain Copies of an Order and the Docket Entries is hereby **GRANTED** (Doc. # 16).

Date: December 6, 2005        **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri        Fernando J. Gaitan, Jr.
       United States District Judge